IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK RAY VICTOR,

     Petitioner,          No. CIV S-07-0869 FCD EFB P

  vs.

ATTORNEY GENERAL,

     Respondent.         <u>ORDER</u>

_____/

     Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has paid the filing fee.

     Petitioner challenges a conviction in the Merced County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d).

     Accordingly, it is hereby ordered that:

     1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

     2. The Clerk of Court shall assign a new case number;

/////

/////

/////

/////

1       3. The new case number is _____. All future filings shall bear the new

2  case number and shall be filed at:

3           United States District Court
            Eastern District of California
4           2500 Tulare Street
            Fresno, CA 93721

6  Dated: May 23, 2007.

7                              _____
                               EDMUND F. BRENNAN
8                              UNITED STATES MAGISTRATE JUDGE