UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACK RAY VICTOR, | ) | 1:07-CV-00758 LJO NEW (DLB) HC |
| Petitioner, | ) ) | ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |
| v. | ) ) | |
| JAMES WALKER, Warden, | ) ) | |
| Respondent. | ) ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 29, 2007, the Court granted Petitioner leave to file a motion to amend the petition to name a proper respondent. On June 11, 2007, Petitioner filed a first amended petition. Petitioner names James Walker, Warden of California State Prison, Sacramento, as the respondent in this matter.

    A petitioner seeking habeas relief must name the state officer having custody of him as the respondent to the petition. Rule 2(a) of the Rules Governing Section 2254 Cases; <u>Ortiz-Sandoval v. Gomez</u>, 81 F.3d 891, 894 (9th Cir.1996); <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir.1994). Normally, the person having custody of the prisoner is the warden of the prison because the warden has "day to day control over" the prisoner. <u>Brittingham v. United States</u>, 982. F.2d 378, 279 (9th Cir.1992). Therefore, the proper respondent is named.

1  Accordingly, the Clerk of Court is DIRECTED to change the name of Respondent to James
2 Walker.
3  IT IS SO ORDERED.
4  Dated: **June 26, 2007**   **/s/ Dennis L. Beck**
  UNITED STATES MAGISTRATE JUDGE