IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK RAY VICTOR,

    Petitioner,                   No. 07-CV-00758 ALA HC

    vs.

JAMES WALKER, Warden,

    Respondent.                <u>ORDER</u>

       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT Respondent's application for a one hundred thirty-two (132) day extension of time to and including February 14, 2008, to file an answer is hereby GRANTED.

DATED: August 16, 2007

                                       /s/ Arthur L. Alarcón
                                       UNITED STATES CIRCUIT JUDGE
                                       Sitting by Designation