IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK RAY VICTOR,

    Petitioner,               No. 07-CV-00758 ALA HC

    vs.

JAMES WALKER, Warden,

    Respondent.            ORDER
_____/

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. *See* 18 U.S.C. § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Federal Defender is appointed to represent Petitioner.

    2. The Clerk of the Court is directed to serve a copy of the first amended petition, and this order on David Porter, Assistant Federal Defender.

    3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

    4. Within sixty-three (63) days of the date of this order, the parties shall file and serve status reports which address the timing and order of the following matters:

        a. Discovery and investigations;

      b. Anticipated motions;

      c. The need for and timing of an evidentiary hearing;

      d. Enumeration and resolution of unexhausted claims; and

      e. Possible future amendments to the pleadings.

The parties are advised that failure to file a timely status report may result in sanctions.

/////

DATED: November 28, 2007

      /s/ Arthur L. Alarcón  
      UNITED STATES CIRCUIT JUDGE  
      Sitting by Designation