IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK RAY VICTOR,

      Petitioner,             No. 1:07-cv-00758 ALA HC

      vs.

JAMES WALKER, Warden,

      Respondent.      <u>ORDER</u>

                                                      /

      Petitioner Jack Victor has filed a second amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's second amended habeas petition.

/////

      Therefore, IT IS HEREBY ORDERED that:

           1. Respondent is directed to file a response to petitioner's February 22, 2008, second amended habeas petition within thirty days from the date of this order. *See* RULE 4, FED. R. GOVERNING § 2254 CASES. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. *See* RULE 5, FED. R. GOVERNING § 2254 CASES;

           2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

1

1       3.  If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fifteen days thereafter; and

       4.  The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

/////

DATED: February 26, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation