IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK RAY VICTOR,

    Petitioner,                    No. 07-CV-00758 ALA HC

    vs.

JAMES WALKER, Warden,

    Respondent.                 <u>ORDER</u>

        Petitioner Jack Ray Victor is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 26, 2008, respondent filed an answer to the petition. The court requests petitioner file a traverse prior to issuing a ruling.

        Therefore, IT IS HEREBY ORDERED that petitioner file a traverse within thirty-five (35) days of the date of this order.

/////

DATED: March 28, 2008

                                                  <u>/s/ Arthur L. Alarcón</u>
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation

1