IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK RAY VICTOR,

    Petitioner,               No. 1:07-CV-00758 ALA HC

    vs.

JAMES WALKER, Warden,        ORDER

    Respondent.
_____/

    Pending before the Court is Petitioner's November 15, 2007 motion for appointment of counsel (doc. 18).[1] In an order dated November 28, 2007, the Court appointed the Federal Defender to represent Petitioner.

    THEREFORE, the motion to appoint counsel (doc. 18) is to be DENIED as moot.

/////

DATED: July 16, 2008

                                            /s/ Arthur L. Alarcón
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation

---

[1] The motion was docketed on November 26, 2007.